UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-076 |
| | : | |
| CHAD BARRETT JONES, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 231(a)(3) and 2 |
| Defendant. | : | (Civil Disorder and Aiding and Abetting) |
| | : | 18 U.S.C. § 1361 |
| | : | (Destruction of Government Property |
| | : | Exceeding $1,000) |
| | : | 18 U.S.C. §§ 1512(c)(2) and 2 |
| | : | (Obstruction of an Official Proceeding and |
| | : | Aiding and Abetting) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building with a Deadly or Dangerous |
| | : | Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | Capitol) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **CHAD BARRETT JONES**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, an officer from the United States Capitol Police, lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

**(Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **CHAD BARRETT JONES**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department or agency thereof, that is, windows of the Speaker's Lobby doors of the United States Capitol Building, thereby causing damage in an amount more than $1000.

**(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia and elsewhere, **CHAD BARRETT JONES**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder, assaulting, resisting, opposing, impeding, intimidating, and interfering with officers of the United States Capitol Police, engaging in disorderly and disruptive conduct, and destroying federal property.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **CHAD BARRETT JONES**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a flagpole.

(**Entering and Remaining in a Restricted Building with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **CHAD BARRETT JONES**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a flagpole.

(**Disorderly and Disruptive Conduct in a Restricted Building with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **CHAD BARRETT JONES**, did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a flagpole.

**(Engaging in Physical Violence in a Restricted Building with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **CHAD BARRETT JONES**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **CHAD BARRETT JONES**, willfully and knowingly engaged in an act of physical violence within any of the Capitol Buildings.

**(Act of Physical Violence in the Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT NINE

On or about January 6, 2021, in the District of Columbia, **CHAD BARRETT JONES**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips/ DAB*
Attorney of the United States in
and for the District of Columbia.