

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 15, 2021

<u>Via Email</u>
Nathan Miller
Suhre & Associates, LLC
214 S. Clay Street, Suite A
Louisville, KY 40202
nmiller@suhrelaw.com

Eugene Gorokhov
Burnham & Gorokhov PLLC
1424 K Street, NW, Suite 500
Washington, DC 20005
eugene@burnhamgorokhov.com

Counsel for Chad Barrett Jones

    Re:    *United States v. Chad Barrett Jones*
                Case No. 1:21-cr-00213-RJL

Dear Counsel:

    As a follow-up to the discovery provided on Mach 23, 2021, the following additional discovery was provided on April 15, 2021:

1. CD containing extraction of defendant's phone (via FedEx)
2. MARKED HIGHLY SENSITIVE: One additional U.S. Capitol Police video (via filesharing)
3. MARKED HIGHLY SENSITIVE: Email from Superintendent of the Capitol (via filesharing)

This material is subject to the terms of the Protective Order issued in this case.

I will forward additional discovery as it becomes available.  If you have any questions,

please feel free to contact me.

Sincerely,

_____
Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov