

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 1, 2021

<u>Via Email</u>
Nathan Miller
Suhre & Associates, LLC
214 S. Clay Street, Suite A
Louisville, KY 40202
nmiller@suhrelaw.com

Eugene Gorokhov
Burnham & Gorokhov PLLC
1424 K Street, NW, Suite 500
Washington, DC 20005
eugene@burnhamgorokhov.com

Counsel for Chad Barrett Jones

    Re:   *United States v. Chad Barrett Jones*
            Case No. 1:21-cr-00213-RJL

Dear Counsel:

    The following discovery materials were provided today via filesharing:

1. Metropolitan Police Department body worn camera footage (16 files)

This material is subject to the terms of the Protective Order issued in this case.

This material is unencrypted.

I will forward additional discovery as it becomes available.  If you have any questions,

please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov