

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 1, 2021

<u>Via Email</u>
Nathan Miller
Suhre & Associates, LLC
214 S. Clay Street, Suite A
Louisville, KY 40202
nmiller@suhrelaw.com

Eugene Gorokhov
Burnham & Gorokhov PLLC
1424 K Street, NW, Suite 500
Washington, DC 20005
eugene@burnhamgorokhov.com

Counsel for Chad Barrett Jones

      Re:    *United States v. Chad Barrett Jones*
               Case No. 1:21-cr-00213-RJL

Dear Counsel:

      The following discovery materials were provided today via filesharing:

1. Excerpts of Metropolitan Police Department body worn camera footage from Upper House Door exit (24 videos)
2. Open-source videos of shooting (2 videos)
3. YouTube video of defendant on scaffolding (1 video)
4. MARKED SENSITIVE: Videos obtained from other Capitol investigations (17 files):
   a. D-2 – 3 photographs, 1 video
   b. D-3 – 3 videos
   c. D-4 – 1 video
   d. D-5 – 1 video
   e. D-6 – 1 video

    f. D-7 – 1 video
    g. W-4 – 2 videos
    h. W-5 – 1 video
    i. W-6 – 3 videos
  5. MARKED SENSITIVE: Officer interview transcripts (2 files)

This material is subject to the terms of the Protective Order issued in this case.

This material is unencrypted.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

            Sincerely,

            */s/ Candice C. Wong*
            Candice C. Wong
            Assistant United States Attorney
            202-252-7849
            Candice.wong@usdoj.gov