# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:21-cr-00213-RJL** |
| v. | : | |
| | : | |
| **CHAD BARRETT JONES** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of November 8, 2021, was provided to defense counsel in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _____
Candice C. Wong
Assistant United States Attorney
D.C. Bar No. 990903
555 4th Street, N.W., Room 4816
Washington, D.C. 20530
202-252-7849
Candice.wong@usdoj.gov