

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 8, 2021

<u>Via Email</u>
Nathan Miller
Suhre & Associates, LLC
214 S. Clay Street, Suite A
Louisville, KY 40202
nmiller@suhrelaw.com

Eugene Gorokhov
Burnham & Gorokhov PLLC
1424 K Street, NW, Suite 500
Washington, DC 20005
eugene@burnhamgorokhov.com

Counsel for Chad Barrett Jones

      Re:    *United States v. Chad Barrett Jones*
              Case No. 1:21-cr-00213-RJL

Dear Counsel:

    The following discovery materials were provided today via filesharing:

1. MARKED HIGHLY SENSITIVE: Additional CCTV footage of the defendant (8 files)
2. MARKED SENSITIVE: Interviews of Officers by Statuary Hall Connector (three 302s, 1 transcript with associated audio and exhibits)

    The discovery is unencrypted.  Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

    This material is being provided pursuant to the Protective Order issued in this case.  Please adhere to sensitivity markings.

      I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

Candice C. Wong
Assistant United States Attorney
202-252-7849
Candice.wong@usdoj.gov