UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 1:21-cr-00213-RJL |
| **CHAD BARRETT JONES,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Stephen J. Rancourt is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: April 1, 2022     By:     /s/ Stephen J. Rancourt
STEPHEN J. RANCOURT
Assistant United States Attorney
Detailee
Texas Bar No. 24079181
United States Attorney's Office
District of Columbia
(806) 472-7398
stephen.rancourt@usdoj.gov

## CERTIFICATE OF SERVICE

On this 1st day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Stephen J. Rancourt*
STEPHEN J. RANCOURT
Assistant United States Attorney