

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 21, 2022

<u>Via Email</u>
Nathan Miller
Suhre & Associates, LLC
214 S. Clay Street, Suite A
Louisville, KY 40202
nmiller@suhrelaw.com

Eugene Gorokhov
Burnham & Gorokhov PLLC
1424 K Street, NW, Suite 500
Washington, DC 20005
eugene@burnhamgorokhov.com

Counsel for Chad Barrett Jones

      Re:    *United States v. Chad Barrett Jones*
              Case No. 1:21-cr-00213-RJL

Dear Counsel:

      The following discovery materials were provided today via filesharing:

1. MARKED HIGHLY SENSITIVE:
   a. 3 clips of CCTV videos from West Roof

This material is subject to the terms of the Protective Order signed in this case.

This material is unencrypted.  I will forward additional discovery if it becomes available.

Should you have any difficulty reviewing the discovery or believe that I have not met my discovery obligations, please do not hesitate to contact me.

Sincerely,

Stephen J. Rancourt
Assistant United States Attorney
806-472-7398
stephen.rancourt@usdoj.gov