# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case no. 1:21-CR-213-RJL |
| ) | |
| v. ) | |
| ) | |
| CHAD BARRET JONES, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCE

Eugene Gorokhov, on behalf of Chad Barrett Jones, hereby respectfully moves to withdraw his appearance. William Brennan Jr. and Michael Lawlor have entered their appearance on behalf of Mr. Jones. Mr. Jones consents to this motion.

s/ Eugene Gorokhov
Eugene Gorokhov, Esq. (979785)
*Counsel for Chad B. Jones*
Burnham & Gorokhov, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com