| | |
|---|---|
| **From:** | Todd Mousty |
| **To:** | William Brennan |
| **Subject:** | Re: Chad Jones |
| **Date:** | Tuesday, October 4, 2022 8:59:26 AM |

Yes. This is an accurate account. Thank you, Todd

Sent from my iPhone

On Oct 4, 2022, at 08:57, William Brennan <wbrennan@brennanmckenna.com> wrote:

**CAUTION - EXTERNAL:**

Mr. Mousty,

    I have been retained and have entered my appearance as counsel for Chad Jones in the USDC/DC in case No. 21-cr-00213 RJL. I would like to file a motion with the court requesting that Mr. Jones' location monitoring and travel restrictions be removed. I know both the AUSA and the Court will ask what your position is. My client has advised me that you do not object to having the having the location monitoring and travel restrictions removed as conditions of release. Is this accurate? May I represent to the AUSA and the Court that you do not object? Please advise. Thank you.

William C. Brennan, Jr.
Brennan McKenna & Lawlor, Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
Office: 301.474.0044, Extension 201
Fax:  301.474.5730
Cell: 240.508.5635
www.bsm-legal.com

**CONFIDENTIAL COMMUNICATION**
This e-mail is privileged, confidential and solely for the use of the intended recipient.  If you are not the intended recipient, do not read, distribute or reproduce this e-mail.  The reading, distribution or reproduction of this e-mail by an unintended recipient is prohibited.  If you have received this e-mail in error, please delete it and call 301.474.0044. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.