UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim No. 1:21-cr-00213-RJL |
| | : | |
| CHAD BARRETT JONES, | : | |
| Defendant. | : | |

**UNITED STATES' RESPONSE TO DEFENSE'S CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

On October 5, 2022, counsel for defendant Chad Barrett Jones filed a Consent Motion to Modify Conditions of Release.  ECF No. 58.  Jones seeks to remove his release conditions restricting travel and requiring location monitoring.  In his Motion, Jones notes that he has been fully compliant with all his release conditions and that his Pretrial Services Officer in Kentucky does not object to the removal of these conditions.

Prior to filing, counsel for Jones discussed his Motion with the government.  Given the position of the Pretrial Services Officer, Jones' Motion correctly asserts the government is unopposed to his request.

The United States consents to Jones' Motion and is unopposed to his request to remove location monitoring (Condition 7(q)) and travel restrictions (Condition 7(f)) from his conditions of pretrial release.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: _____
Stephen J. Rancourt
Texas Bar No. 24079181
Assistant United States Attorney, Detailee
601 D Street, NW
Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on October 16, 2022 and served upon all parties of record through ECF.

_____
STEPHEN J. RANCOURT
Assistant United States Attorney