**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *   Case No.: 21-CR-00213 (RJL) |
| **CHAD BARRETT JONES** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Consent Motion to Modify Conditions of Release filed herein, it is this _____ day of October, 2022, by the United States District Court for the District of Columbia,

ORDERED, that the motion be granted; and it is further,

ORDERED, that the Order Setting Conditions of Release be modified by removing condition 7(f) "no travel outside the W.D. of Kentucky" and condition 7(q) "location monitoring"; and it is further,

ORDERED, that all other conditions in the Order Setting Conditions of Release remain in full force and effect.

_____
U.S. District Judge