IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-cr-213-RJL |
| CHAD BARRETT JONES | * |
| | * |
| Defendant. | * |

**CONSENT MOTION TO CONTINUE SENTENCING**

The Defendant, Chad Barrett Jones, by and through counsel, William C. Brennan, Jr., Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Consent Motion to Continue Sentencing. In support of this Motion, counsel state as follows.

1. In July 2023, Mr. Jones proceeded to a bench trial in this matter. On July 26, 2023, the Court issued its verdicts. Sentencing memoranda are due by November 13, 2023. Sentencing is currently scheduled for November 20, 2023 at 4:00 p.m.

2. At this time, Mr. Jones respectfully requests that this Court continue the sentencing hearing to a date in early 2024 that is convenient for the Court and the parties.

3. On October 17, 2023, the United States Probation Office filed the Draft Presentence Investigation Report in this case. (ECF No. 76.) On October 31, 2023, Mr. Jones filed written objections and requests for correction to that draft report.

1

(ECF No. 78.) Mr. Jones anticipates litigating several matters related to the application of the advisory guidelines to this case. The undersigned counsel require additional time to research these issues and prepare the sentencing memorandum in this case.

4. Additionally, several of Mr. Jones' family members and friends wish to travel from outside of the District of Columbia metropolitan area to attend the sentencing hearing. Given the proximity of the sentencing hearing to the Thanksgiving holiday, many of those supporters are unable to travel to the District of Columbia to attend.

5. Finally, currently pending before the United States Supreme Court are three petitions for writs of certiorari seeking review of the D.C. Circuit's decisions on the applicability of 18 U.S.C. § 1512(c)(2) in the context of prosecutions related to the events of January 6, 2021. *See* United States Supreme Court case numbers 23-32, 23-94, 23-5572. In a pretrial motion to dismiss, Mr. Jones raised many of the arguments presented in those petitions. (ECF No. 67.) On October 30, 2023, the Government filed a consolidated opposition to the petitions. Counsel for Mr. Jones wish to monitor the Supreme Court's action on those petitions before proceeding with sentencing.

6. This Motion is unopposed. The undersigned counsel have contacted Assistant United States Attorney Adam Dreher, who has advised that the Government does not oppose a continuance of the sentencing hearing.

7. Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new sentencing date with the parties. Understanding that the sentencing proceeding will involve litigation of several guidelines disputes as well as potential live testimony, the parties respectfully request that the Court schedule the sentencing hearing to take place in the early afternoon on the new date.

8. Accordingly, Mr. Jones respectfully requests that this Honorable Court continue the November 20 sentencing to a date convenient for the Court and the parties in early 2024.

Respectfully submitted,

/s/
_____
William C. Brennan, Jr.
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
William C. Brennan, Jr.