# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-213 (RJL) |
| | : | |
| **CHAD BARRETT JONES,** | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

On January 2, 2024, this Court ordered the parties to submit within seven days of the Supreme Court issuing its decision in *Fischer v. United States*, No. 23-5572, a status report proposing a schedule for further proceedings and containing argument as to the effect of the ruling, if any, on the defendant's conviction. *See* Jan. 2, 2024 Minute Order. The Supreme Court issued its decision in *Fischer* on Friday, June 28, 2024. The parties jointly request that this deadline be extended until August 28, 2024 in order to permit the parties to evaluate the opinion and confer regarding a proposed schedule and the effect of the ruling, if any.

For these reasons, the parties request that the Court extend the due date to file their joint status report in this case to August 28, 2024.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

Date: July 5, 2024        /s/ *Sonia W. Murphy*
        SONIA W. MURPHY
        Trial Attorney
        D.C. Bar No. 483072
        (202) 305-3067
        sonia.murphy@usdoj.gov

        ADAM M. DREHER
        Assistant United States Attorney
        MI Bar No. P79246
        601 D. St. N.W.
        Washington, D.C. 20530
        (202) 252-1706
        adam.dreher@usdoj.gov

        */s/William C. Brennan*
        William C. Brennan, Jr.
        Counsel for Defendant Chad Barrett Jones
        Brennan McKenna & Lawlor, Chtd.
        6305 Ivy Lane, Suite 700
        Greenbelt, MD 20770
        Office: 301.474.0044, Ext. 201