UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-213 (RJL) |
| | : | |
| CHAD BARRETT JONES, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS COUNT THREE OF SUPERSEDING INDICTMENT

The United States of America, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count Three of the Superseding Indictment, charging the defendant with Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2), with prejudice. The government makes this motion in the interest of justice and in order to clarify and simplify the issues to be resolved at the sentencing hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Date: August 27, 2024

/s/ *Sonia W. Murphy*
SONIA W. MURPHY
Trial Attorney
D.C. Bar No. 483072
(202) 305-3067
sonia.murphy@usdoj.gov

ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov