UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-213 (RJL) |
| | : | |
| CHAD BARRETT JONES, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

On January 2, 2024, this Court ordered the parties to submit within seven days of the Supreme Court issuing its decision in *Fischer v. United States*, No. 23-5572, a status report proposing a schedule for further proceedings and containing argument as to the effect of the ruling, if any, on the defendant's conviction. *See* Jan. 2, 2024 Minute Order. The Supreme Court issued its decision in *Fischer* on Friday, June 28, 2024. The parties jointly requested an extension of the deadline until August 28, 2024 in order to permit the parties to evaluate the opinion and confer regarding a proposed schedule and the effect of the ruling, if any. *See* ECF No. 88.

On August 27, 2024, upon motion by the Government, the Court dismissed Count Three of the Superseding Indictment with prejudice. *See* Aug. 27, 2024 Minute Order. Given the dismissal of Count Three and the need for adjustments to the parties and Probation's sentencing guidelines calculations, the parties request that a date for submission of sentencing memorandum and a date for sentencing be set for at least 120 days from today's date.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Date: August 28, 2024　　　　　　　　/s/ *Sonia W. Murphy*
SONIA W. MURPHY
Trial Attorney
D.C. Bar No. 483072
(202) 305-3067
sonia.murphy@usdoj.gov

ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov


*/s/William C. Brennan*
William C. Brennan, Jr.
Counsel for Defendant Chad Barrett Jones
Brennan McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
Office: 301.474.0044, Ext. 201