UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-213 (RJL) |
| | : | |
| **CHAD BARRETT JONES,** | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant Chad Jones' Motion to Continue Sentencing, ECF No. 92. As set forth in the Defendant's motion, this Court issued an order on October 30, 2024, over one month ago, scheduling the sentencing in this case for January 9, 2025. *See* ECF No. 92 at ¶ 2. According to the Defendant's motion, defense counsel was aware at that time that they would be in trial on January 9, and therefore that a conflict existed. *Id*. at ¶ 3. Nevertheless, defense counsel chose not to raise the conflict until its filing on November 27, 2024. Moreover, it appears as though at least one of the Defendant's attorneys is available during the week January 13, 2025. *See id*. The Government therefore does not oppose a short continuance of the sentencing date in this case to the week of January 13, 2025, at a date and time that is convenient for the Court.

For the foregoing reasons, the Court should grant the Defendants' motion to continue and schedule sentencing during the week of January 13, 2025.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  UNITED STATES ATTORNEY

Date: December 4, 2024                     /s/ *Sonia W. Murphy*

                                                  SONIA W. MURPHY
                                                  Senior Trial Counsel
                                                  D.C. Bar No. 483072
                                                  (202) 305-3067
                                                  sonia.murphy@usdoj.gov


                                                  ADAM M. DREHER
                                                  Assistant United States Attorney
                                                  MI Bar No. P79246
                                                  601 D. St. N.W.
                                                  Washington, D.C. 20530
                                                  (202) 252-1706
                                                  adam.dreher@usdoj.gov