IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-CR-00213 (RJL) |
| CHAD BARRETT JONES | * |
| | * |
| Defendant. | * |

## MOTION TO WITHDRAW AS COUNSEL

The Defendant, Chad Barrett Jones, by and through counsel, William C. Brennan, Jr., and Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Withdraw as Counsel. In support of this Motion, counsel state as follows:

1. In July 2023, Mr. Jones proceeded to a bench trial in this matter. On July 26, 2023, the Court issued its verdicts. Sentencing is currently scheduled for January 9, 2025.

2. Due to a conflict of interest between Mr. Jones and the undersigned counsel, the undersigned counsel can no longer represent Mr. Jones in this matter.

3. For this reason, the undersigned counsel respectfully request that this Court permit them to withdraw from the representation of Mr. Jones. Mr. Jones has been consulted on the filing of this Motion and does not oppose counsel's request.

WHEREFORE, for the foregoing reasons, the undersigned counsel respectfully request that this Court strike the appearance of William C. Brennan, Jr.,

1

Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd. as counsel on behalf of Mr. Jones.

        Respectfully submitted,

         /s/
        _____
        William C. Brennan, Jr.
        Michael E. Lawlor
        Brennan, McKenna & Lawlor, Chtd.
        6305 Ivy Lane, Suite 700
        Greenbelt, Maryland 20770
        301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor