IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| **v.** | \* |
| | \*   Case No. 21-cr-213-RJL |
| **CHAD BARRETT JONES** | \* |
| | \* |
| **Defendant.** | \* |

## MOTION FOR APPROPRIATE RELIEF

Counsel for the Defendant, Chad Barrett Jones, William C. Brennan, Jr., Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., files this motion to (a) withdraw the Line filed as on December 12, 2024 (ECF # 94) as filed in error; and (b) schedule a virtual status hearing on the several pending matters before the Court.

1. On November 27, 2024, undersigned counsel requested a continuance of the sentencing in the above referenced case. (ECF No. 92). The basis for the requested continuance was that undersigned counsel would be engaged in a jury trial in the United States District Court for the District of Maryland beginning on January 9, 2025. *See United States v. Orellana*, No. 23-cr-173-DLB (D. Md.).

2. Defendant Jones has instructed undersigned counsel to request a continuance of the sentencing based the possibility that President-elect Donald Trump may pardon all convicted parties in the January 6, 2021 prosecutions. As officers of the court, undersigned counsel believed that they were required to inform this Court that the *Orellana* case plead out on December 12, 2024, and undersigned

1

counsel would no longer be in trial on the scheduled sentencing date for the instant case. In that same line, counsel advised the Court that Mr. Jones was still seeking that the sentencing hearing scheduled for January 9, 2025 be continued. (ECF. No. 94).

3. Since that time, undersigned have moved to withdraw their appearance from the case, citing a conflict of interest. (ECF No. 95).

4. Mr. Jones, however, has instructed undersigned to withdraw the pleading filed at ECF No. 94, believing undersigned had misstated his position.

5. Given that undersigned have moved to withdraw the case, given Mr. Jones' request that the current sentencing date be continued, and given that sentencing memoranda are due to be filed on January 2, 2025, undersigned request that this Court schedule a virtual status hearing to address the several issues pending before the Court.

Respectfully submitted,

_____/s/_____
William C. Brennan, Jr.
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

_____/s/_____
William C. Brennan, Jr.